IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LAKISHA NASH ) | |
| J.G., a minor ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 11-0680-CV-W-HFS |
| ) | |
| PB CHESTNUT AZ 2, LLC ) | |
| BRIDGE CO-INVESTMENT FUND 1 ) | |
| CHESTNUT, LLC ) | |
| BGS PRIVATE REAL ESTATE FUND ) | |
| CHESTNUT ) | |
| ) | |
|     Defendants. ) | |

**MEMORANDUM TO THE PARTIES**

Although counsel for named defendants has entered an appearance and an answer has been filed, I am advised that Denver counsel has informally requested a conference at this courthouse and states that the wrong defendants have been named. This is consistent with the Answer, fn. 1, Doc.9. In an effort to simplify procedures I suggest that a conference may not be needed. If counsel represents the "correct" defendants and wishes to clarify the record, a motion to substitute defendants might be filed.

The clerk of the court is directed to mail a copy of this memorandum by regular mail, and certified mail, return receipt to plaintiff at:

P.O.Box 414205

Kansas City, 64141

It is SO ORDERED.

                                        /s/ Howard F. Sachs
                                        HOWARD F. SACHS
                                        UNITED STATES DISTRICT JUDGE

March  1 , 2012

Kansas City, Missouri